

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **19–18181 – TJC**    Chapter: **13**

**Jesse Ricks Jr.**
Debtor

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:  Debtor
    Attorney for Debtor – Arlene Adasa Smith–Scott
    Case Trustee – Timothy P. Branigan
    All Creditors

### End of Order

40x08 (rev. 01/14/2013) – mmaloneyraymond